**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTOINE M. BLACK**, | : | **CIVIL ACTION NO. 1:11-CV-1912** |
| | : | |
| **Plaintiff,** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **THE CITY OF HARRISBURG,** | : | |
| **PENNSYLVANIA, by the** | : | |
| **HARRISBURG CITY POLICE** | : | |
| **DEPARTMENT, and DETECTIVE** | : | |
| **DONALD HEFFNER including** | : | |
| **UNKNOWN POLICE OFFICERS**, | : | |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW, this 12th day of December, 2013, upon consideration of the

motion to dismiss (Doc. 15) by defendants City of Harrisburg, on behalf of the

Harrisburg City Police Department, and Detective Donald Heffner, and for the

reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.  Defendants' motion to dismiss (Doc. 15) is GRANTED with prejudice
    with respect to Counts I and II of the complaint (Doc. 1) against the
    City of Harrisburg, by and through the Harrisburg City Police
    Department.

2.  Defendants' motion to dismiss (Doc. 15) is GRANTED without
    prejudice with respect to plaintiff's procedural due process claim
    under the Fourteenth Amendment against Detective Heffner, but with
    prejudice to the remaining claims against Detective Heffner under
    Counts I and II of the complaint (Doc. 1).

3.      Within twenty (20) days from the date of this order, plaintiff Antoine M. Black, may file an amended complaint to restate his claim, if any, for a violation of procedural due process. Failure to file an amended complaint within twenty (20) days shall be deemed an abandonment of this action and the Clerk of Court shall be directed to close the case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania